■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS C. POWERS, Appellant. [784 NYS2d 418]—Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered August 19, 2002. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v*

*Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Pine, Hurlbutt, Kehoe and Lawton, JJ.